1

2          UNITED STATES DISTRICT COURT

3     FOR THE EASTERN DISTRICT OF WASHINGTON

4

5     DONDE RENE PICKERING,

6              Plaintiff,              No.   2:13-CV-0258-JPH

7     v.
                                       JUDGMENT IN A
8     CAROLYN W. COLVIN,               CIVIL CASE
      Commissioner of Social Security,
9

10             Defendant.

11

12       **DECISION BY THE COURT:**

13

14       This action came to hearing before the court.  The issues have been heard

15    and a decision has been rendered.

16

17       **IT IS ORDERED AND ADJUDGED** that:

18       Defendant's Motion for Summary Judgment is **GRANTED**; Plaintiff's

19

20    Motion  for  Summary  Judgment  is  **DENIED**.      Judgment  is  entered  for

21

22    Defendant.

23       DATED: June 13, 2014

24
                                 SEAN F. McAVOY
25                               Clerk of Court

26
                                 By:  *s/Pam Howard*
27                                   Deputy Clerk

28

29

30    **1 | JUDGMENT IN A CIVIL CASE**